ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Asia Countries Co. W.L.L. | ) ASBCA No. 59947 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:          No Appearance Entered

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                                                         DLA Chief Trial Attorney
                                                                       Robin E. Walters, Esq.
                                                                         Trial Attorney
                                                                         DLA Disposition Services
                                                                         Battle Creek, MI

ORDER OF DISMISSAL

By email dated 18 April 2015, appellant filed a notice of appeal which the Board docketed as ASBCA No. 59947. The email was sent from "acc@asiacountries.net" and closed with "WITH BEST REGARDS[,] Asia Countries Co W.L.L...." No person was identified in the email. In its 22 April 2015 docketing notice, the Board directed appellant to show that it is represented in this appeal by a person meeting the requirements of Board Rule 15 or designate a person meeting those requirements by 8 May 2015. The Board received no response from appellant. On 28 May 2015, the Board issued an Order directing appellant to respond by 17 June 2015 and communicating the Board's intention to dismiss the appeal if no response was received by that date. No response has been received by the Board to date.

Without a representative meeting the requirements of Board Rule 15, the Board is unable to proceed. Accordingly, the appeal is dismissed.

Dated: 26 June 2015

_____
MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59947, Appeal of Asia Countries Co. W.L.L., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2